Wesley Thompson
Attorney Pro Se
~~Utah State Prison~~   1225 W. VALLEY VIEW
~~P.O. Box 250~~        LOGAN, UT. 84321
~~Draper, Utah 84020~~

FILED
U.S. DISTRICT COURT

2018 OCT 15  P 3: 27

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED CLERK

SEP 06 2018

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

## CENTRAL DIVISION

| WESLEY THOMPSON, | * | |
|---|---|---|
| | * | REQUEST FOR OFFICIAL SERVICE |
| Plaintiff, | * | OF PROCESS |
| | * | |
| vs. | * | |
| DONALD TRUMP et. al., | * | Case: **1:18-cv-00111** |
| ~~KEITH HOLDER, et al.~~ | * | Assigned To : **Stewart, Ted** |
| | * | Assign. Date : **9/6/2018** |
| Defendants. | * | Description: **Thompson v. Trump, et al** |

Plaintiff, WESLEY THOMPSON, attorney pro se, hereby requests the Court for Service of Process in the above-captioned matter pursuant to 28 U.S.C. § 1915 (c).

This request is based upon the accompanying application to proceed In Forma Pauperis, supporting document and order.

DATED this 22 day of AUGUST, 2014. 28/8

_____
WESLEY THOMPSON
Attorney Pro Se